IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOSHUA SHARP, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:13-mc-00001 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| SABRINA PATTERSON, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file, on May 6, 2013, the Court ordered Plaintiff within thirty (30) days of the Order: either (1) to pay the civil filing fee; or (2) to file a properly completed application to proceed *in forma pauperis* in compliance with Administrative Order No. 93. The Order required Plaintiff to file a certified copy of his inmate trust fund account statement for the six (6) month period immediately preceding the date of the entry of the Order.

The Order was signed for by Terri Coppes at the Maury County Sheriff's Department, Columbia, TN, but with no date specified. (Docket Entry No. 4). To date, Plaintiff has not complied with the Court's Order nor sought for an extension of time in which to do so.

Accordingly, this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute. This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 18th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge